# GOVERNMENT GROUP EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 10 CV 3208 |
| ) | |
| v. ) | Judge David H. Coar |
| ) | |
| FUNDS IN THE AMOUNT OF ) | |
| NINETY-SIX THOUSAND, ONE HUNDRED ) | |
| AND SIXTY DOLLARS ($96,160.00) ) | |
| ) | |

## STIPULATION TO DISMISS CLAIM

It is hereby stipulated by and between the parties to the above-titled action, pursuant to Fed. Rule 41 of the Rules of Civil Procedure, through their respective attorneys, that the verified claim and answer of Shoeb Hamid Ali as to the defendant funds specifically $96,160 in United States Currency be dismissed with prejudice and without costs to either party.

For the Claimant:

Stephen L. Richards
*Digitally signed by Stephen L. Richards*
*DN: cn=Stephen L. Richards, o=Law Office of Stephen L. Richards, ou,*
*email=sricha5461@aol.com, c=US*
*Date: 2010.09.24 10:36:11 -05'00'*

STEPHEN L. RICHARDS
Attorney for Claimant
651 W. Washington, Suite 205
Chicago, Illinois 60661

For the United States:

DANIEL E. MAY
Assistant United States Attorney
219 S. Dearborn, Room 500
Chicago, Illinois 60601

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No.   10 CV 3208 |
| ) | |
| v. ) | Judge David H. Coar |
| ) | |
| FUNDS IN THE AMOUNT OF ) | |
| NINETY-SIX THOUSAND, ONE HUNDRED ) | |
| AND SIXTY DOLLARS ($96,160.00) ) | |
| ) | |

## STIPULATION TO DISMISS CLAIM

It is hereby stipulated by and between the parties to the above-titled action, pursuant to Fed. Rule 41 of the Rules of Civil Procedure, through their respective attorneys, that the verified claim and answer of Waseem Bhatti as to the defendant funds specifically $96,160 in United States Currency be dismissed with prejudice and without costs to either party.

For the Claimant:

*Stephen L. Richards*
Digitally signed by Stephen L. Richards
DN: cn=Stephen L. Richards, o=Law Office of Stephen L. Richards, ou, email=sricha5461@aol.com, c=US
Date: 2010.09.24 10:40:40 -05'00'

STEPHEN L. RICHARDS
Attorney for Claimant
651 W. Washington, Suite 205
Chicago, Illinois 60661

For the United States:

*Daniel E. May*

DANIEL E. MAY
Assistant United States Attorney
219 S. Dearborn, Room 500
Chicago, Illinois 60601